435 A.2d 257

Commonwealth ex rel. Sabatini v. Sabatini.

Appeal of Mary Ann Sabatini.

Argued February 11, 1981. Vincent J. Roskovensky, II, for appellant; Robert L. Webster, for appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Order affirmed.

435 A.2d 257

Commonwealth ex rel. Van Winkle v. Jeffes, etc.

Appeal of Charles Van Winkle.

Submitted March 21, 1980. Victor J. Drosey, Jr., Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.